UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| K.G.J., (a minor child), through parents and next friends Michael and Jennifer Johnson | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. ) |
| Hamilton County Government, | ) ) ) |
| DEPUTY DANIEL WILKEY, in his capacity as deputy sheriff for Hamilton County Government and, in his individual capacity, | ) ) ) ) |
| DEPUTY TYLER McRAE, in his capacity as deputy Sheriff for Hamilton County Government and, In his individual capacity, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a)(b) and (c), and 28 U.S.C. § 1443, Defendant Hamilton County, shows the Court as follows:

1. Plaintiffs filed this Action against Hamilton County Government, Deputy Daniel Wilkey, and Deputy Tyler McRae on December 16, 2019, in the Circuit Court for Hamilton County, Tennessee, bearing docket number 19 C 1388. Copies of the Complaint and Summons were served on Hamilton County on December 17, 2019, and upon Deputy Wilkey on December 18, 2019, and on Deputy Brewer on December 18, 2019.

2. Deputies McRae and Wilkey have each given his consent to removal of this matter from the Circuit Court for Hamilton County.

3. This Court has jurisdiction over the above-styled cause of action pursuant to 28 U.S.C. § 1331, § 1343, and § 1441(b).

4. Hamilton County is a political subdivision of the State of Tennessee, and is situated within the Eastern District of Tennessee, which makes this Court a proper venue for removal of this action.

5. The Plaintiffs have alleged violations of their rights pursuant to 42 U.S.C. §§ 1983 and 1988 for an alleged deprivation of rights under the Fourth and Fourteenth Amendments to the Constitution of the United States. Accordingly, removal is proper because this action involves a federal question.

6. Hamilton County expressly reserve the right to raise all defenses and objections after the action has been removed to this Court.

7. Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. § 1446(a). (Attached hereto as <u>Collective Exhibit A</u>).

8. The Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the suit is pending.

9. This Notice of Removal has been filed within thirty (30) days of Hamilton County's notice that Plaintiffs have alleged a basis for federal question jurisdiction.

WHEREFORE, Hamilton County prays that the above-captioned cause of action be removed from the Circuit Court of Hamilton County, Tennessee, to the United States District Court for the Eastern District of Tennessee at Chattanooga.

    HAMILTON COUNTY ATTORNEY'S OFFICE

    By:   s/R. Dee Hobbs
    R. Dee Hobbs, BPR No. 10482
    *Assistant County Attorney*
    625 Georgia Avenue, Suite 204
    Chattanooga, TN 37402
    Phone/Fax: 423-209-6150/6151

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14 day of January, 2020, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Robin Ruben Flores, Esq.
4110-A Brainerd Road
Chattanooga, TN 37411

    s/R. Dee Hobbs