# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| KATHERINE GRACE JOHNSON AND ABIGAIL OLIVIA KNOX )<br><br>*Plaintiffs,*<br>v.<br><br>HAMILTON COUNTY GOVERNMENT, *et al.,*<br><br>*Defendants.* | Lead Case No. 1:20-cv-17<br><br>Member Case No. 1:20-cv-20<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

## ORDER

Plaintiffs filed a joint notice of settlement on February 14, 2024 (Doc. 613). It is hereby **ORDERED** that the parties shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or a joint status report indicating when they anticipate finalizing the settlement on or before **February 27, 2024**. The parties are **ON NOTICE** that, if no stipulation of dismissal or status report is filed on or before the date specified in this Order, the Court will dismiss this action with prejudice pursuant to Rule 41(b) and Local Rule 68.1.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**